## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**HENRY LEE GRICE, JR.**                                                    **PLAINTIFF**


**v.**                            **Case No. 3:19-cv-00180-LPR**


**MARVIN LEFLORE,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

In accordance with the Orders filed on February 9, 2021, and March 8, 2021, it is

CONSIDERED, ORDERED, and ADJUDGED that Mr. Grice's case is DISMISSED WITHOUT

PREJUDICE.

IT IS SO ADJUDGED this 8th day of March 2021.


LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT